FILED: February 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1157
(6:24-cv-00048-NKM)

_____

NICOLE LAWTONE-BOWLES

      Plaintiff - Appellant

v.

LIBERTY UNIVERSITY ONLINE ET AL.; LIBERTY UNIVERSITY SCHOOL OF HEALTH SCIENCES ET AL.; HAYNIE BRENDAN; HEIDI DIFRANCESCA

      Defendants - Appellees

_____

O R D E R
_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk